| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| 2 | United States Attorney<br>District of Arizona |
| 3 | PATRICK E. CHAPMAN |
| 4 | Assistant United States Attorney<br>Arizona State Bar No. 025407 |
| 5 | Two Renaissance Square<br>40 N. Central Ave., Suite 1800 |
| 6 | Phoenix, Arizona 85004<br>Telephone: 602-514-7500 |
| 7 | Email: Patrick.Chapman@usdoj.gov<br>Attorneys for Plaintiff |

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Jakob Vandorn,<br><br>           Defendant. | No. CR-25-00776-PHX-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession or Transfer of a Machinegun)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 2<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between August 29, 2024, and April 16, 2025, in the District of Arizona, Defendant, JAKOB VANDORN, did knowingly possess and transfer a machinegun, that is, machinegun conversion devices, parts commonly known as "Glock switches" and "auto sears," which are designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT 2**

On or between April 22, 2022, and April 16, 2025, in the District of Arizona, Defendant, JAKOB VANDORN, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations in Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.  If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 20, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 3 -